IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SHALIMAR LÓPEZ-MARTÍNEZ,<br><br>**Plaintiff**,<br><br>v.<br><br>JETBLUE AIRWAYS CORP.; ABC INSURANCE COMPANY,<br><br>**Defendants**. | **Civil No.** 16-1578 (FAB) |

**JUDGMENT**

In accordance with the Order entered today (Docket No. 51), this case is **DISMISSED with prejudice**.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, March 16, 2018.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
UNITED STATES DISTRICT JUDGE